In the Matter of the Accounting of HATTIE FREISINGER, as Executrix of EUGENE FREISINGER, Deceased, Appellant.

FRANCES FREISINGER et al., Respondents.

Argued October 8, 1942; decided November 25, 1942.

*Herman S. Axelrod* and *Maitland M. Axelrod* for appellant.

*Lawrence Wiseman, special guardian* for Joan Freisinger et al., infants, respondents.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.